## UNITED STATES BANKRUPTCY COURT
## OF COLORADO

RECEIVED
CLERK OF COURT

**MAR - 5 2019**

U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

In re:

**CEI Liquidation Estate, et al.,**

**Debtors.**

**Bruce H. Matson, Creditor Trustee of the CEI Liquidation Trust,**

**Plaintiff,**

v.

**Mason Construction, Inc.,**

**Defendant.**

Case No.

**Case No. 09-14019-KG**

**Adv. Proc. No. 11-53699-KG**

**19-00010 EEB**

## WRIT OF EXECUTION

**Judgment Creditor:**
Oak Point Partners, LLC, as Assignee of the CEI
Liquidation Trust
5215 Old Orchard Rd, Suite 1000
Skokie, IL 60077

V.

**Judgment Debtor:**
Mason Construction, Inc.
6025 WCR 88
Fort Collins, CO 80524

Amount of Judgment:

**$55,696.20**

Post-judgment Interest:

**$684.74**

Date of Entry of Judgment:

**April 24, 2012**

**TO THE OFFICE OF UNCLAIMED PROPERTY FOR THE STATE OF COLORADO:**

You are directed to turn over the property of the above-named judgment debtor to satisfy a money judgment in accordance with the following Request and Verification:

_____
March 5 2019
Date

Kenneth S. Gardner
_____
Clerk of Court

## REQUEST AND VERIFICATION

**In Re:  Bruce H. Matson, Creditor Trustee of the CEI Liquidation Trust vs. Mason Construction, Inc.**

Judgment:       $55,696.20
Interest:        $684.74
Amount Paid:   No amount has been paid against this judgment.

**Total**           **$56,380.94**

Paul Standfield, Vice President of Finance of Oak Point Partners, LLC, as Assignee of the Judgment, requests the issuance of a Writ of Execution for the following funds and any additional funds held up to the total amount outstanding as shown above:

State of Colorado Department of the Treasury Unclaimed Property Division

Claim ID(s):        5709171
Property ID(s):     3963782
Original Owner:     Mason Construction, Inc.

**Remit Payment to:**

Oak Point Partners, LLC
P.O. Box 1033
Northbrook, IL 60065
Tel: (847) 483-8001
Tax ID: 30-0008093

I declare that the statements above are true to the best of my information, knowledge and belief.

_____2/20/19_____
Date

_____
Paul Standfield, Vice President of Finance, Oak Point Partners, LLC f/k/a Oak Point Partners, Inc., *as Assignee of the CEI Liquidating Trust, pursuant to the Purchase Agreement and Assignment of Claims and Interests between the Parties dated April 24, 2012*

Subscribed and sworn to me this  20 th  day of February 2019

_____
Notary Public

My commission expires  1/30/2020

Official Seal
Dee M Bender
Notary Public State of Illinois
My Commission Expires 01/30/2020